UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD R. HOLLAND                                           CIVIL ACTION

VERSUS                                                              NO. 14-1202

SOCIAL SECURITY ADMINISTRATION                SECTION "I" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of May, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE